(104 So. 917)

John W. RIDGEWAY v. Donna RIDGE-WAY. (8 Div. 725.) (Supreme Court of Alabama. May 19, 1925.) Appeal from Probate Court, Limestone County; Geo. Malone, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(104 So. 918)

Ex parte Mrs. Edwin A. ROBERTSON. (6 Div. 422.) (Supreme Court of Alabama. June 11, 1925.) Certiorari to Court of Appeals.

PER CURIAM. Petition dismissed by agreement. See, also, 104 So. 561.

---

(105 So. 922)

J. D. ROY et al. v. B. F. ROSS. (3 Div. 684.) (Supreme Court of Alabama. Oct. 15, 1925.) Appeal from Circuit Court, Autauga County; in Equity; George F. Smoot, Judge. Ballard & Page, of Prattville, for appellants. Gipson & Booth, of Prattville, for appellee.

SOMERVILLE, J. The question involved is one of fact. We agree with the findings of the trial court. The decree is affirmed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

---

(104 So. 918)

G. W. SCHMIDT, Adm'r, v. Pearl SHOCK-LEY. (8 Div. 701.) (Supreme Court of Alabama. May 21, 1925.) Appeal from Circuit Court, Colbert County; Chas. P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(104 So. 918)

Ex parte John Henry SCOTT. (7 Div. 579.) (Supreme Court of Alabama. June 11, 1925.) Certiorari to Court of Appeals. Bailey & Weaver, of Ft. Payne, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of John Henry Scott for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Scott v. State, 104 So. 925. Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

---

(104 So. 918)

Ennis SISK et al. v. STATE. (8 Div. 714.) (Supreme Court of Alabama. May 21, 1925.)

---

Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(104 So. 918)

W. L. SMITH v. L. B. RAINEY. (7 Div. 476.) (Supreme Court of Alabama. May 26, 1925.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(104 So. 918)

Emory SMITH v. STATE. (6 Div. 314.) (Supreme Court of Alabama. May 7, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Robbery.

PER CURIAM. Affirmed. All the Justices concur.

---

(104 So. 918)

STATE of Alabama et al. v. S. P. DUNN, Judge of Probate of Conecuh County. (3 Div. 706.) (Supreme Court of Alabama. June 3, 1925.) Original impeachment proceeding.

PER CURIAM. Not guilty. All the Justices concur.

---

(104 So. 918)

STATE ex rel. J. F. TAYLOR et al. v. P. H. McQUEEN, Sheriff of Crenshaw County. (4 Div. 132.) (Supreme Court of Alabama. June 29, 1925.) Original impeachment proceedings.

PER CURIAM. Proceedings dismissed by relators.

---

(105 So. 922)

Ex parte W. R. SUITS. (8 Div. 809.) (Supreme Court of Alabama. Oct. 15, 1925.) C. L. Price, of Albany, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of W. R. Suits for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Suits v. State (8 Div. 312.) 105 So. 927. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

(104 So. 918)

TOWN OF FT. PAYNE v. Allen DWYER. (7 Div. 454.) (Supreme Court of Alabama. May 26, 1925.) Appeal from Circuit Court, Dekalb County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.